UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-10735
RENETTE MCCURRY )
) Chapter: 13
) Honorable Timothy Barnes
)
)
Debtor(s) )

## ORDER DISMISSING CASE FOR FAILURE TO FILE A PLAN

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that the motion is granted and this case is dismissed pursuant to 11 U.S.C. § 1307(c)(3), for failure to file a plan timely.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 14, 2023

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900